```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LORRAINE LAROCCA,

                        Plaintiff,                              ORDER
                                                                CV 09-1259 (TCP)(ARL)
            -against-

CONTINENTAL HOME LOANS, INC., DEAN
HARTMAN, MICHAEL MCHUGH and ERIC
REEPS,
                        Defendants.
----------------------------------------------------------------X
```

**LINDSAY, Magistrate Judge:**

     Before the court is Susan Tidisco's motion to quash a subpoena served on Wells Fargo Home Mortgage seeking documents concerning the origination, approval, and closing of her mortgage application(s) including documents from the initial purchaser of the loan and any of its successors or assigns.[1] Ms. Tidisco is a non-party employee of the defendant Continental Home Loans, Inc. ("Continental"). Ms. Tidisco was a co-worker of the plaintiff and, according to her counsel, Continental had no role in Ms. Tidisco obtaining her loan. Ms. Tisdico argues, therefore, that the confidential information she provided to the bank to obtain her mortgage has no relevance to the plaintiff's age discrimination claim. Based on the record before the court, the court agrees and grants the motion to quash.

Dated: Central Islip, New York          **SO ORDERED:**
       August 30, 2010

                                                _____/s_____
                                                ARLENE R. LINDSAY
                                                United States Magistrate Judge

---

[1] To date, this application is unopposed.